## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-10738-GW-MBK | Date | March 11, 2026 |
|---|---|---|---|
| Title | *Iskander v. Blueground US, Inc.,* | | |

Present:        Hon. Michael B. Kaufman, U.S. Magistrate Judge

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**        ORDER DENYING STIPULATED PROTECTIVE ORDER (DKT. 36).

The Court has reviewed the Parties' Stipulated Protective Order. Dkt. 36. The stipulation is **DENIED**.

The Parties' proposed resolution of confidentiality disputes is inconsistent with this Court's procedures for discovery disputes. *See* https://www.cacd.uscourts.gov/honorable-michael-b-kaufman. If the Parties seek alternative procedures for discovery disputes, they must justify the need for their alternative.

For the foregoing reasons, the Parties' stipulation is **DENIED**. The Parties may file a modified Stipulated Protective Order consistent with this order or, if they seek to maintain their proposed dispute resolution procedures, a short joint statement providing an explanation for the Parties' proposal.