JS-6

**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
2155 Campus Drive, Suite 180
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

**DAY BRYNE & MCINTOSH**
Jack Day (SBN 324516)
jack@dbm.law
Calvin Bryne (SBN 322272)
calvin@dbm.law
129 W. Wilson Street, Suite 105
Costa Mesa, CA 92627
Tel.: (949) 650-2827
Fax: (949) 722-1137

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMER ISKANDER, as an individual and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>vs.<br><br><br>BLUEGROUND US, INC., a Delaware corporation; and Does 1 through 20, inclusive,<br><br><br>Defendants. | Case No.:  CV 25-10738-GW-MBKx<br><br>Judge George H. Wu<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Based on the Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and for good cause shown, this Court hereby dismisses with prejudice all Plaintiff Tamer Iskander's individual claims against Defendants. The claims of absent putative class members are dismissed without prejudice. Each of the parties shall bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 28, 2026

By: _____

HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL
2:25-cv-10738-GW-MBK